UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CLC PINEHURST, INC. ) | CASE NO. 00-10494-FJO-7A |
| ) | |
| Debtor. ) | |

**TRUSTEE'S OBJECTION TO CLAIM # 24
FILED BY ECOLAB**

TO THE HONORABLE FRANK J. OTTE, UNITED STATES BANKRUPTCY JUDGE:

The Objection of Richard E. Boston, by counsel, respectfully states:

1. He is the duly qualified and acting trustee in this case ("Trustee").

2. The Trustee objects to Claim # 24 filed by Ecolab (the "Claim") in this case and reserves the right to submit additional objections to the Claim.

3. The Trustee's objection and request as to whether such Claim should be disallowed, modified and/or reduced is as follows:

MODIFIED – Claim is modified to an allowed Chapter 11 administrative claim, in the amount of $1,119.86, pursuant to the *Amended Report of Unpaid Post Petition Debts* [Docket No. 273] filed by the Debtor.

WHEREFORE, the Trustee requests that, after such notice and hearing as is required, the Court sustain this objection and issue an order disallowing, modifying and/or reducing the Claim as is appropriate.

        Respectfully submitted,

        /s/ Joseph W. Hammes
        Joseph W. Hammes, Co-Counsel
        Tabbert Hahn Earnest & Weddle, LLP
        One Indiana Square, Suite 1900
        Indianapolis, IN 46204
        317.639.5444  Fax: 317.639.5232
        trustee@tabberthahn.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served electronically and/or by first-class United States mail, postage pre-paid, on the following parties of record this 3rd day of February, 2010.

Richard E. Boston rebch7@bbkcc.com, reb@trustesolutions.com

Joseph W. Hammes trustee@tabberthahn.com, chris@tabberthahn.com

Elizabeth Ann Whelan Hess bsalwowski@atg.state.in.us, james.green@atg.in.gov

John C. Hoard johnh@rubin-levin.net, marie@rubin-levin.net;kim@rubin-levin.net

Samuel D. Hodson samuel.hodson@btlaw.com, bankruptcyindy@btlaw.com

Gary Michael Hoke ghoke@discoverdsc.com

David J. Jurkiewicz DJurkiewicz@boselaw.com, mwakefield@boselaw.com

U.S. Trustee ustpregion10.in.ecf@usdoj.gov

Bose McKinney & Evans
Bose McKinney & Evans
135 N Pennsylvania Ste 2700
Indianapolis, IN 46204-2400

Rubin & Levin
Rubin & Levin
342 Massachusetts Ave Ste 500
Indianapolis, IN 46204-2161

Clc Pinehurst, Inc
705 E Main St
Centerville, IN 47330

Ecolab
370 Wabasha St.
St. Paul, MN 55102

David F. McNamar
McNamar & Associates
PO Box 1883, 111 Monument Cir #3350
Indianapolis, IN 46206-1883

        /s/ Joseph W. Hammes
        Joseph W. Hammes